### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
☒ 3rd _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Sytira Edman   JOINT DEBTOR: _____   CASE NO.: 25-18366-EPK
SS#: xxx-xx- 4260      SS#: xxx-xx- _____

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,038.22 for months 1 to 58;
2. $1,148.22 for months 59 to 60;

B. **DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

| Total Fees: $5,800.00 | Total Paid: $1,000.00 | Balance Due: $4,800.00 |
|---|---|---|
| Payable $80.00 /month (Months 1 to 60) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$800 inc $25 cost for M2Val

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS ☐ NONE

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: MS Rialto Bent Creek FL dba Bent Creek Club
   Address: co Association Law Group, 1200 Brickell Ave, PH 2000, Miami, FL 33131
   
   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $15,269.95 | |
   | Arrears Payment (Cure) | $254.50 | /month (Months 1 to 60) |
   | Regular Payment (Maintain) | $130.35 | /month (Months 1 to 60) |
   
   Last 4 Digits of Account No.: none
   Other: _____

■ **Real Property**  
　■ Principal Residence  
　☐ Other Real Property  

Check one below for Real Property:  
　☐ Escrow is included in the regular payments  
　■ The debtor(s) will pay　■ taxes　■ insurance directly  

Address of Collateral:  
4155 Worlington Terr, Ft Pierce, FL 34947  
(Claim #7)  

☐ Personal Property/Vehicle  
Description of Collateral: _____  

---

2. **Creditor:** Bent Creek Master Assoc  

Address: Association Law Group  
1200 Brickell Ave PH  
2000 Miami FL 33131  

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | $17,245.94 | | |
| Arrears Payment (Cure) | $287.43 | /month (Months 1 to 60 ) |
| Regular Payment (Maintain) | $78.00 | /month (Months 1 to 60 ) |

Last 4 Digits of Account No.: ____none____  

Other: _____  

■ **Real Property**  
　■ Principal Residence  
　☐ Other Real Property  

Check one below for Real Property:  
　☐ Escrow is included in the regular payments  
　■ The debtor(s) will pay　■ taxes　■ insurance directly  

Address of Collateral:  
4155 Worlington Terr, Ft Pierce, FL 34947  
(Claim #6)  

☐ Personal Property/Vehicle  
Description of Collateral: _____  

---

**B. VALUATION OF COLLATERAL:** ☐ NONE  

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ■ NONE  
2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Wollemi fka Santander<br>Address: 4515 N Sante Fe Ave, Dept APS, Oklahoma City, OK 73118<br>Last 4 Digits of Account No.: 3122<br>VIN: 3C6TRVDG6JE121221<br>Description of Collateral:<br>2018 Dodge Ram- 147,000 miles<br>(Claim #9)<br>biz vehicle<br><br>Check one below:<br>☒ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $5,535.00<br>Amount of Creditor's Lien: $36,045.25<br>Interest Rate: 8.50% | **Payment**<br>Total paid in plan: $6,813.60<br><br>$113.56 /month (Months 1 to 60) |

    3. **PERSONAL PROPERTY:** ☒ NONE

  C. **LIEN AVOIDANCE** ☒ NONE

  D. **SURRENDER OF COLLATERAL:** ☒ NONE

  E. **DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | St Lucie County Tax Collector | 0132 | 4155 Worlington Terr, Ft Pierce, FL 34947<br>(Claim #17 - 2024 RE Tax) (Claim #18 - 2023 RE Tax) |
| 2. | Citibank c/o Fay Servicing fka US Bank | 6679 | 4155 Worlington Terr, Ft Pierce, FL 34947 (Claim #10) |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☐ NONE

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

  B. **INTERNAL REVENUE SERVICE:** ☒ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

  D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    Pay $100.00 /month (Months 59 to 60)

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ☒ NONE

VI. **STUDENT LOAN PROGRAM** ☒ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☐ NONE

Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ☒ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

Debtor(s): Sytira Edman  Case number: 25-18366-EPK

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. Quantum3 Group | household goods (Claim #19) | 1376 | ☐ Assume ☒ Reject |

**VIII. INCOME TAX RETURNS AND REFUNDS:**

☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The Debtor has a pending and exempt Worker's Comp Claim.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  _____   _____ Joint Debtor  _____
Sytira Edman                           Date                                                                            Date

Drake Ozment, Atty for Debtor    October 10, 2025
                                                              Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.